AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

CC: USA
FPD USM
OF PTS
FIN USPO

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 5 2005

at *10* o'clock and *40* min. *A* M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**SKY SCHAEFFER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:00CR00245-016
USM Number: 87807-022
**DONNA GRAY, AFPD**
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) <u>Standard Condition No. 6; Standard Condition No. 3; and Special Condition No. 1</u> of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

<u>Violation Number</u>
See next page.

<u>Nature of Violation</u>

<u>Date Violation Occurred</u>

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 8530

Defendant's Residence Address:
**Makawao Avenue**

Defendant's Mailing Address:
**Makawao Avenue**

AUGUST 2, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

Aug. 12 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:00CR00245-016 | |
|---|---|---|
| DEFENDANT: | SKY SCHAEFFER | Judgment - Page 2 of 3 |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Offender failed to notify the Probation Office 10 days prior to a change in employment | 4/2005 |
| 2 | Offender failed to follow the instructions of the Probation Officer | 6/14/2005 |
| 3 | Offender failed to report for substance abuse treatment at Hina Mauka | 6/20/2005 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 1:00CR00245-016 |
| DEFENDANT: | SKY SCHAEFFER |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 MONTHS.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      Sheridan, OR. Drug treatment. Educational and vocational training.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal